UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. 18-215 |
| | : | |
| TONY V. RUSSELL | : | AMENDED RESTITUTION ORDER |

This matter having been brought before the Court upon a joint application by Craig Carpenito, the United States Attorney for the District of New Jersey (Jihee G. Suh and Cari Fais, Assistant United States Attorneys, appearing) and Anthony Simonetti, Esq. (appearing for the defendant) for an amended restitution order; and the Court having ordered, on April 29, 2020, that defendant make restitution in the amount of $241,185, and for good cause shown,

IT IS on this __6th__ day of November, 2020;

ORDERED that, the judgment entered on April 29, 2020 is hereby amended as follows:

1. The amount of restitution ordered represents the total amount due to the victim (the Internal Revenue Service) for this loss. The defendant's restitution obligation shall not be affected by any restitution payments made by other defendants in this case, except that no further payments will be required once payment(s) by one or more defendants fully satisfies the victim's loss. The following defendants in the following cases may be subject to restitution orders to the same victims for this same loss: Joseph Kenny Batts (Cr. 18-215) and Angelo Thompson (Cr. 18-215). Specifically:

    A. The entire amount of defendant's restitution obligation shall be joint and several with the restitution obligation of defendant Joseph Kenny Batts; and

    B. $103,320.00 of defendant's restitution obligation shall be joint and several with the restitution obligation of defendant Angelo Thompson.

2. The Clerk's Office shall send the defendant's restitution payment(s) to the Internal Revenue Service at the following address:

Internal Revenue Service – RACS
Attn: Mail Stop 6261
Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

3. All other provisions of the judgment remain in effect.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

The undersigned hereby consent to the entry and form of this Order:

CRAIG CARPENITO
United States Attorney

_____
By: Jihee G. Suh
Cari Fais
Assistant United States Attorneys

_____
Anthony Simonetti
Attorney for Defendant